IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA STAPLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LM GENERAL INSURANCE COMPANY D/B/A AND/OR A/K/A LIBERTY MUTUAL | : : : | NO. 24-3935 |

## ORDER

**AND NOW**, this 25th day of November, 2024, upon consideration of Defendant's Motion to Dismiss (Docket No. 5) and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as unopposed with respect to the requests for punitive damages, costs of suit, and attorney's fees in connection with Plaintiff's breach of contract claim, and the request for compensatory damages in connection with Plaintiff's bad faith claim. These damage claims are **DISMISSED WITH PREJUDICE**.

2. The Motion is also **GRANTED** with respect to Plaintiff's bad faith claim, and that claim is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff shall file any amended complaint no later than January 6, 2024.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.